IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

RYAN PATRIC THOMAS,

    Plaintiff,

v.

ROBERT TOOLE, Warden; JOHN
PAUL, Deputy Warden; LINTON
DeLOACH; and DEPARTMENT OF
CORRECTIONS CLASSIFICATION
BOARD,

    Defendants.

CIVIL ACTION NO.: CV614-017

## ORDER

By Order dated March 11, 2014, this Court allowed the Plaintiff to proceed *in forma pauperis* with an action filed pursuant to the provisions of 42 U.S.C. § 1983. After the requisite frivolity review, it appeared Plaintiff's claims were unrelated. By Order dated May 8, 2014, Plaintiff was directed to advise the Court, within thirty days, as to which claim or related claims he desires to pursue in this case. Plaintiff was advised that his failure to respond to that Order would result in the dismissal of this case. Plaintiff has failed to respond to the Court's May 8, 2014, Order. Accordingly, Plaintiff's complaint is **DISMISSED** without prejudice. The Clerk of Court is authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 23 day of June, 2014.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)